AO 442 (Rev. 11/11) Arrest Warrant                                            1125055 2

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00307 |
| Jeffrey McKellop | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 3/15/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Jeffrey McKellop                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment      ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), (b)- Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3)- Obstruction of Law Enforcement During Civil Disorder;
40 U.S.C. § 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1752(a)(1), (b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority With a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2), (b)(1)(A)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4), (b)(1)(A)- Engaging in Physical Violence in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon.

Date:   03/15/2021                                    _____
                                                     *Issuing officer's signature*

City and state:          Washington, D.C.             Robin M. Meriweather, U.S. Magistrate Judge
                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/15/21 , and the person was arrested on *(date)* 3/18/21
at *(city and state)* Washington DC.

Date: 3/18/21                                        _____
                                                     ~~Arresting~~ officer's signature
                                                     Vincent Cruse       DUSM
                                                     *Printed name and title*