IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JEFFERY MCKELLOP**<br>　　　　**Defendant.** | **CASE NO.:  1:21-cr-00268** |

### MOTION TO WITHDRAW AS COUNSEL AND APPOINT NEW COUNSEL

COMES NOW, the Defendant, Jeffrey McKellop, by and through counsel, and moves this Honorable Court to permit Seth Q. Peritz, Esq., and Gregory T. Hunter, Esq. to withdraw as counsel and further requests that this Honorable Court appoint counsel on Mr. McKellop's behalf. In support of this motion the Defendant asserts the following:

1. Mr. McKellop was indicted on twelve (12) charges on March 31, 2021.
2. Mr. McKellop was ordered detained by this court on April 5, 2021.
3. Mr. McKellop has decided to discontinue the services of his counsel.
4. No substantive hearing has been held on behalf of Mr. McKellop, other than an initial appearance and two detention hearing.
5. No formal hearing or trial has been set in this matter.
6. The next hearing is a status hearing relating to this motion and future steps as to the timeline for discovery.
7. Neither party would be prejudiced by Mr. McKellop being appointed counsel at this time.

For the above-stated reasons, counsel respectfully requests that this motion be granted.

RESPECTFULLY REQUESTED,

JEFFREY MCKELLOP
*By Counsel*

/s/ Seth Q. Peritz

_____

Seth Quint Peritz, Esquire
Virginia State Bar Number 91240
Crowley Peritz Law
10560 Main Street, Unit 501
Fairfax, Virginia 22030
Office: (703) 337-3773
Fax:    (703) 935-0050
Email: Seth@CrowleyPeritzLaw.com
*Counsel for Defendant*
**Appearing** *Pro Hac Vice*

/s/ Gregory T. Hunter

_____

Gregory T. Hunter
Attorney and Counselor at Law
Virginia State Bar No. 45489
2055 North 15 Street
Suite 302
Arlington, Virginia 22201
Phone: (703) 966-7226
Fax:    (703) 527-0810
GregHunter@mail.com
*Local Counsel for Defendant*