IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 21-268 |
| | : | |
| JEFFREY McKELLOP | : | |

### DEFENDANT'S RESPONSE TO MINUTE ORDER REGARDING <u>VIDEO EXHIBIT RELEASE</u>

Jeffrey McKellop, by and through his counsel, respectfully submits this response to the Court's July 7, 2021 Minute Order directing all parties to respond to Petitioner Press Coalition's request for access to videos exhibits submitted by the government to the Court in the above-captioned matter. In doing so, he avers as follows:

1. On March 29, 2021, the government filed a Memorandum in Support of Pretrial Detention for Mr. McKellop. *See* ECF Doc. 16.

2. On June 7, 2021, counsel for the Press Coalition filed a petition requesting access to and the public release of videos referenced in and attached as exhibits to the government's Memorandum. *See* 21-mc-0086, Doc. 1.

3. On July 7, 2021, the Court issued a Minute Order, pursuant to Standing Order No. 21-28, directing Mr. McKellop, through counsel, to advise the Court of his response to the Press Coalition's petition.

4. Accordingly, Mr. McKellop hereby advises that he takes no position on the relief sought by the Press Coalition in 21-mc-0086.

Respectfully submitted,

*/s/ Catherine C. Henry*
CATHERINE C. HENRY
Senior Litigator

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

We, Catherine Henry, Senior Litigator, and Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that we have electronically filed and served a copy of the attached Response to Minute Order Regarding Video Exhibit Release via Electronic Case Filing ("ECF") upon:

Daniel Honold
Mary L. Dohrmann
Assistant United States Attorneys
United States Attorney's Office
555 4th St., NW
Washington, DC 20530.

                                           */s/ Catherine C. Henry*
                                           CATHERINE C. HENRY
                                           Senior Litigator

                                           */s/ Katrina Young*
                                           KATRINA YOUNG
                                           Assistant Federal Defender

DATE:  July 16, 2021