# Exhibit A

546 33 5458



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

TO  STAFF SERGEANT JEFFREY A. MCKELLOP
3RD BATTALION, 3RD SPECIAL FORCES GROUP (AIRBORNE)

FOR  FOR EXCEPTIONALLY MERITORIOUS ACHIEVEMENT WHILE SERVING AS A MEMBER OF THE COALITION JOINT TASK FORCE – MOUNTAIN IN BAGRAM, AFGHANISTAN. STAFF SERGEANT MCKELLOP'S TECHNICAL AND TACTICAL PROFICIENCY, DEDICATION TO DUTY, AND COMMITMENT TO OPERATION ENDURING FREEDOM ACCOMPLISHMENT IN A COMBAT ZONE UNDER THE MOST EXTREME OF CIRCUMSTANCES GREATLY CONTRIBUTED TO THE SUCCESS OF OPERATION ENDURING FREEDOM. STAFF SERGEANT MCKELLOP'S PERFORMANCE OF DUTY REFLECTS GREAT CREDIT UPON HIM, THE COALITION TASK FORCE – MOUNTAIN, AND THE UNITED STATES ARMY.

FROM 6 FEBRUARY 2002 TO 30 APRIL 2002

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

ON THIS 23RD DAY OF APRIL 2002



_R. Myn_
THE ADJUTANT GENERAL

F.L. HAGENBECK
Major General, US Army
Commander Coalition Joint Task Force – Mountain

_Thomas E. White_
SECRETARY OF THE ARMY

Previous edition is obsolete.

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

TO

STAFF SERGEANT JEFFREY A. MCKELLOP
3RD BATTALION, 3RD SPECIAL FORCES GROUP (AIRBORNE)

FOR EXCEPTIONALLY MERITORIOUS ACHIEVEMENT WHILE ASSIGNED AS THE COMMUNICATIONS SERGEANT FOR OPERATIONAL DETACHMENT ALPHA 394, COMBINED JOINT SPECIAL OPERATIONS TASK FORCE–NORTH IN SUPPORT OF OPERATION IRAQI FREEDOM. HIS PROFESSIONALISM AND COMMITMENT TO MISSION ACCOMPLISHMENT UNDER EXTREME CIRCUMSTANCES RESULTED IN THE UNPRECEDENTED SUCCESS OF OPERATIONS ACROSS NORTHERN IRAQ. STAFF SERGEANT MCKELLOP'S PERFORMANCE REFLECTS GREAT CREDIT UPON HIMSELF, 3RD BATTALION, 3RD SPECIAL FORCES GROUP (AIRBORNE), AND THE UNITED STATES ARMY.

PERIOD: 10 MARCH 2003 TO 1 MAY 2003

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 22ND DAY OF JUNE 2003



54633545813

HENRY W. STRATMAN
Major General, US Army
Deputy Commanding General Support
Permanent Orders 172-056, 21 June 2003

R. L. Brownlee
ACTING SECRETARY OF THE ARMY

DA FORM 4980-5, JAN 2000.  Previous edition is obsolete.

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

TO   SERGEANT FIRST CLASS JEFFREY A. MCKELLOP   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

FOR   Combined Joint Special Operations Task Force

EXCEPTIONALLY MERITORIOUS SERVICE WHILE SERVING AS A MEMBER OF THE COMBINED/JOINT TASK FORCE - 76 IN SUPPORT OF OPERATION ENDURING FREEDOM. SERGEANT FIRST CLASS MCKELLOP'S TACTICAL PROFICIENCY, SELFLESS COMMITMENT TO MISSION ACCOMPLISHMENT IN A COMBAT ZONE, UNDER THE MOST OF EXTREME CIRCUMSTANCES, GREATLY CONTRIBUTED TO THE SUCCESS OF OPERATION ENDURING FREEDOM. SERGEANT FIRST CLASS MCKELLOP'S OUTSTANDING PERFORMANCE REFLECTS GREAT CREDIT UPON HIMSELF, THE COMBINED/JOINT TASK FORCE - 76, AND THE UNITED STATES CENTRAL COMMAND.

FROM 15 JUNE 2004 TO 1 DECEMBER 2004

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 18TH DAY OF OCTOBER 2004

ERIC T. OLSON
Major General, US Army
Commanding

ACTING SECRETARY OF THE ARMY

DA FORM 4980-5, JAN 2000. Previous edition is obsolete.

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

54635458

16 —



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

**SERGEANT FIRST CLASS JEFFREY A. MCKELLOP**
**3D SPECIAL FORCES GROUP (AIRBORNE)**

FOR exceptionally meritorious service while assigned as the Senior Communications Sergeant for Operational Detachments Alpha 394 and 396 as well as Operational Detachment Bravo 390. Sergeant First Class McKellop's technical and tactical competence, professionalism, and loyalty were essential to mission accomplishment. His dedicated and selfless service to the unit reflects great credit upon himself, the United States Army Special Forces Command (Airborne), and the United States Army.

FROM: 10 September 2001 to 30 June 2006

THIS 16TH DAY OF JUNE 2006

JOHN F. MULHOLLAND
Brigadier General, U.S. Army
Commanding

PO 167-17, 16 Jun 06

HQ, USASFC(A)
Fort Bragg, NC

DA FORM 4980-12, NOV 97

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

# DEPARTMENT OF THE ARMY



THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

SERGEANT JEFFREY A. MCKELLOP
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
COMPANY B, 4TH BATTALION, 12TH INFANTRY REGIMENT

FOR MERITORIOUS SERVICE AS A DISMOUNTED INFANTRY TEAM LEADER. SERGEANT MCKELLOP'S HARD WORK AND DEDICATION WERE ESSENTIAL TO HIS UNIT'S SUCCESS THROUGHOUT MULTIPLE MISSIONS AND DEPLOYMENTS, TO INCLUDE OPERATION JOINT ENDEAVOR, FORWARD DEPLOYED TO BOSNIA-HERZEGOVINA.  HIS ACTIONS REFLECT GREAT CREDIT UPON HIMSELF, THE SECOND BRIGADE COMBAT TEAM, AND THE UNITED STATES ARMY.

FROM: 23 SEPTEMBER 1993 TO 15 JUNE 1996

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   15TH   DAY OF   JUNE   19   96

JOHN R. S. BATISTE
COL, IN
Commanding

PERMANENT ORDER 26-19
HQ, 2D BDE, 1ST AD
APO AE  09034

DA FORM 4980-14, APR 81

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

SERGEANT JEFFREY A. MCKELLOP
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
COMPANY B, 4TH BATTALION, 12TH INFANTRY REGIMENT

FOR MERITORIOUS SERVICE AS A DISMOUNTED INFANTRY TEAM LEADER. SERGEANT MCKELLOP'S HARD WORK AND DEDICATION WERE ESSENTIAL TO HIS UNIT'S SUCCESS THROUGHOUT MULTIPLE MISSIONS AND DEPLOYMENTS, TO INCLUDE OPERATION JOINT ENDEAVOR, FORWARD DEPLOYED TO BOSNIA-HERZEGOVINA. HIS ACTIONS REFLECT GREAT CREDIT UPON HIMSELF, THE SECOND BRIGADE COMBAT TEAM, AND THE UNITED STATES ARMY.

FROM: 23 SEPTEMBER 1993 TO 15 JUNE 1996

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    15TH    DAY OF    JUNE    19   96

JOHN R. S. BATISTE
COL, IN
Commanding

PERMANENT ORDER 26-19
HQ, 2D BDE, 1ST AD
APO AE 09034

DA FORM 4980-14, APR 81

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION



546 33 5458

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

SERGEANT JEFFREY A. McKELLOP
BRAVO COMPANY, 2ND BATTALION, 7TH INFANTRY

OR MERITORIOUS ACHIEVEMENT WHILE SERVING AS SECTION LEADER FOR A BRADLEY
PLATOON. SGT McKELLOP'S DEDICATION AND INITIATIVE TO TRAIN SIGNIFICANTLY
CONTRIBUTED TO BRAVO COMPANY'S ABILITY TO COMPLETE IT'S MISSION. HIS PERFORMANCE
REFLECTS GREAT CREDIT UPON HIMSELF, 2ND BATTALION 7TH INFANTRY REGIMENT THE
"COTTONBALERS", THE RAIDER BRIGADE, THE 3RD INFANTRY DIVISION, AND THE UNITED
STATES ARMY.

FROM 10 AUGUST 1998 TO 15 SEPTEMBER 1999

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   22nd   DAY OF   SEPTEMBER   19 99

#265-01   22 SEPT 99
Commander, 1st Brigade
Fort Stewart, GA   31314



DAVID A. WOOD
COL, IN
Commanding

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

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

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

STAFF SERGEANT JEFFREY A. MCKELLOP

TO   C Co, 3RD BATTALION, 3RD SPECIAL FORCES GROUP (AIRBORNE)

FOR   exceptionally meritorious achievement while serving as Communication Sergeant on Special Forces Operational Detachment Alpha-394 while conducting direct action combat operations on Hilltop 374, Zurgah Ziraw Dagh Ridge, Arbil Province, Iraq. Staff Sergeant Mckellop's exceptional courage and actions under extreme circumstances greatly contributed to the success of combat operations during Operation IRAQI FREEDOM. Staff Sergeant Mckellop's performance reflects great credit upon himself, the United States Army Special Operations Command (Airborne) and the United States Army.



6 April 2003 to 6 April 2003



PERMANENT ORDERS 220-02
HQ, CJSOTF-A
APO, AE 09354

PATRICK M. HIGGINS
COL, SF
Commanding

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

DA FORM 4980-14, NOV 97

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



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

SERGEANT FIRST CLASS JEFFREY A. MCKELLOP
COMBINED JOINT SPECIAL OPERATIONS TASK FORCE – ARABIAN PENINSULA

FOR EXCEPTIONALLY MERITORIOUS SERVICE WHILE ASSIGNED TO THE COMBINED JOINT SPECIAL OPERATIONS TASK FORCE – ARABIAN PENINSULA IN SUPPORT OF OPERATION IRAQI FREEDOM. DURING THIS PERIOD, SERGEANT MCKELLOP'S OUTSTANDING TECHNICAL AND TACTICAL COMPETENCE AND LEADERSHIP ABILITIES SIGNIFICANTLY CONTRIBUTED TO THE SUCCESS OF THE COMMAND'S MISSION. HIS ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT DISTINCT CREDIT UPON HIM, SPECIAL OPERATIONS COMMAND CENTRAL, AND THE UNITED STATES ARMY.

FROM: 16 JUNE 2005 TO 31 DECEMBER 2005

THIS 19TH DAY OF JANUARY 2007



FRANCIS H. KEARNEY III
Major General, U.S. Army
Commanding

PO 019-105, 19 January 2007
Special Operations Command Central
MacDill AFB, Florida

DA FORM 4980-14, NOV 97

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

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



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO
NCOA, UNITED STATES ARMY JOHN F. KENNEDY SPECIAL WARFARE CENTER AND SCHOOL
SERGEANT FIRST CLASS JEFFREY A. MCKELLOP – 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

FOR   exceptionally meritorious service as a Small Group Leader for the Special Forces Advanced Noncommissioned Officer Course.  Sergeant First Class McKellop's efforts and professionalism allowed the Noncommissioned Officer Academy to maintain its accreditation and its status as the Army's Academy of Excellence.  His performance and dedication to duty reflect great credit upon himself, United States Army John F. Kennedy Special Warfare Center and School, and the United States Army.

FROM: 22 August 2006 to 01 July 2009

PO  082-04, 23 March 2009
HQ, USAJFKSWCS
Fort Bragg, NC

BENNET S. SACOLICK
Brigadier General, U.S. Army
Deputy Commanding General

COPY MADE BY VBA FROM A RECORD IN VA'S POSSESSION

DA FORM 4980-14, NOV 97