UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CR. NO.   21-CR-268 (CJN) |
| v.        : | |
| : | |
| JEFFREY MCKELLOP, : | |
| : | |
| Defendant.  : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION
TO REVOKE DETENTION ORDER AND FOR PRETRIAL RELEASE**

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully requests an extension of time to respond to Defendant Jeffrey McKellop's ("the defendant's") Motion to Revoke Detention Order and for Pretrial Release, filed on September 27, 2021 ("the motion") (ECF No. 36). The response is currently due on October 12, 2021. The government respectfully requests that this Court grant it until October 18, 2021, to respond to the motion. In support of its request, the government states:

Both undersigned counsel have voluminous workloads that require additional time to appropriately address the motion. AUSA Dohrmann is preparing for a trial in District Court to take place next week, and AUSA Honold is preparing for a trial in Superior Court to take place at the end of October. The undersigned have conferred with counsel for the defendant; counsel does not oppose this motion.

Moreover, a hearing on this motion is scheduled for October 25; granting this motion will still provide the defense and this Court with ample time to review the government's opposition prior to the hearing. Accordingly, granting this motion will not unduly prejudice the defendant.

WHEREFORE, for the foregoing reasons, which constitute good cause, and any other

reasons that this Court deems just and proper, the government requests that its deadline to respond to the Defendant's Motion to Revoke Detention Order and for Pretrial Release be extended to October 18, 2021.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

    By: */s/ Daniel Honold*
    DANIEL HONOLD
    Assistant United States Attorney
    N.Y. Bar Number 5406715
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-6898
    Daniel.Honold@usdoj.gov

    By: */s/ Mary L. Dohrmann*
    MARY L. DOHRMANN
    Assistant United States Attorney
    N.Y. Bar Number 5443874
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-7035
    Mary.Dohrmann@usdoj.gov