IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-268** |
| | : | |
| **JEFFREY MCKELLOP** | : | |

# ORDER

**AND NOW**, this ____ day of _____, 2022, upon consideration of the Motion to Withdraw as Counsel, it is **ORDERED** that the motion is **GRANTED**.  The Federal Community Defender Office for the Eastern District of Pennsylvania is hereby removed as defense counsel.

It is so **ORDERED**.

BY THE COURT:

_____
**HONORABLE CARL J. NICHOLS**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 21-268 |
| | : |
| JEFFERY MCKELLOP | : |

## MOTION TO WITHDRAW AS COUNSEL

The Federal Community Defender Office for the Eastern District of Pennsylvania, by Catherine C. Henry, Senior Litigator, and Katrina Young, Assistant Federal Defender, hereby moves to withdraw as appointed counsel in this matter. In support it is stated:

1. On or about April 9, 2021, the Federal Community Defender Office for the Eastern District of Pennsylvania was appointed to represent Mr. McKellop, and the undersigned counsel subsequently entered their appearances.

2. On January 13, 2022, private counsel, John C. Kiyonaga, entered his appearance on behalf of Mr. McKellop in the above captioned matter (Docket No. 46).

**WHEREFORE**, as Mr. McKellop is represented by private counsel, the Federal Community Defender Office for the Eastern District of Pennsylvania respectfully moves to be withdrawn as counsel.

Respectfully submitted,

*/s/ Catherine Henry*
CATHERINE HENRY
Senior Litigator

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

We, Catherine Henry, Senior Litigator, and Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that we caused a copy of the Motion to Withdraw as Counsel to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF") upon Mary Dohrmann and Daniel Honold, Assistant United States Attorneys, United States Attorney's Office for the District of Columbia, 555 4th Street NW, Washington, D.C. 20530.

/s/ Catherine Henry
CATHERINE HENRY
Senior Litigator

/s/ Katrina Young
Katrina Young
Assistant Federal Defender

DATE:  January 13, 2022