

PP 4210.2
Attachment J
Inmate Institutional Work Program

## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name: McKellop, Jeffrey | | DCDC #: 376887 | Date: 9/1/2021 |
|---|---|---|---|
| Evaluation Period (Month/Year): 3/19/2021-Present | Squad: In-house | Position/Grade: | |

**1. Quality of Work**
| | | |
|---|---|---|
| X | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**
| | | |
|---|---|---|
| X | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**
| | | |
|---|---|---|
| X | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**
| | | |
|---|---|---|
| X | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**
| | | |
|---|---|---|
| X | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:
| | |
|---|---|
| X | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

| Supervisor's Signature: Sgt. S. Franklin  *[signed] Sgt S. Frnk* | Date: 9/1/2021 |
|---|---|
| Inmate's Signature: | Date: |

Inmate's Response:

Original    Inmate's Institutional File
Copy        Inmate Worker
            Squad Supervisor

## Work Performance Comments

Inmate Mckellop, Jeffrey DCDC 376-887 has been housed in housing unit C2B since entering the Correctional Treatment Facility. Inmate Mckellop, Jeffrey has been an outstanding contribution to C2B since being assigned to the housing unit and the detail squad. His natural leadership ability has been steadfast and unwavering. Inmate Mckellop gives 100% effort in every assignment that is given to him. <u>Since entering the Correctional Treatment Facility Inmate Mckellop hasn't had any adverse action or any Disciplinary Reports for negative institutional behavior</u>, in fact Inmate Mckellop consistently shows positive institutional behavior with all staff and the entire inmate population assigned to housing unit C2B. Inmate Mckellop is a mentor that is used daily by uniform and non-uniform staff assigned to the housing unit. Inmate Mckellop has been many assignments with little to no supervision. Inmate Mckellop is a morale booster, counselor amongst the Inmate Population assigned to housing unit C2B, his ability to quarrel disputes between others inmate's is outstanding. I recommend that Inmate Mckellop be given the next position based off of his excellent work ethic and his ability to continue to display his positive institutional behavior.

*Sgt Shawn* (signature)

Sergeant Shawn Franklin

Correctional Treatment Facility

C Building Zone Supervisor