IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr268 |
|  | ) Hon. Carl J. Nichols |
| JEFFREY McKELLOP, | ) |
| Defendant. | ) |

**DEFENDANT'S EMERGENCY MOTION FOR RELIEF**

Comes now Defendant Jeffrey McKellop, by counsel, and moves the Court for emergency relief.

Undersigned was informed yesterday by the government that the government yesterday executed a search of Defendant's cell at the Central Detention Facility ("CTF") of the D.C. Jail. Undersigned had no advance notice of the search. The warrant for the search was secured from a Magistrate Judge as opposed to the District Judge presiding over this case since its indictment.

As of the time of the search, Defendant had been engaged for some time in the formulation of notes at the behest of undersigned for use in the preparation of his defense. Consequently, an indeterminate amount of the documents seized constitute Work Product and/or Attorney-Client Communication.

Undersigned has requested from the government, but has not received, a copy of the affidavit tendered in support of the application for the search warrant.

Wherefore, Defendant requests that the government be enjoined immediately from any review of the seized documents until the Court can convoke a hearing to determine:

    a.  The how and why of the government's decision to seek the warrant;

    b. The best means of accomplishing a review of the seized documents for purposes of safeguarding Defendant's privileges and Fourth Amendment rights (e.g., the appointment of a panel of individuals not currently employed by or serving in the government to conduct a review under the Court's auspices, said cadre to include undersigned); and

    c. Any other appropriate relief.

Further, Defendant requests that the government be ordered immediately to disclose the affidavit tendered in support of the application for the search warrant.

Respectfully submitted,

JEFFREY McKELLOP
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

<u>Certificate of Electronic Service</u>

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga
