LIST OF INDICTMENT RETURN
GRAND JURY SWORN IN FEBRUARY 14, 2022
GRAND JURY 22-2
MAY 25, 2022

| | USAO NO. | CCR NO. | PDID NO. | U.S. MAG. NO. | CRIMINAL CASE NO. | NAME AND ADDRESS OF DEFENDANT/DOB | VIOLATION & CODE SECTION | DATE OF ARREST | JUDGE ASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 2021-R-00902 | | | | 21-CR-268 | Jeffrey McKellop<br>DOB: 06/17/1965<br>DC Jail<br>Atty: John C. Kiyonaga<br><br>AUSA:<br>Mary L. Dohrmann<br>(202) 252-7035<br>Maria Y. Fedor<br>(202) 353-7366 | 18 U.S.C. § 111(a)(1)<br>(Assaulting, Resisting, or Impeding Certain Officers)<br>18 U.S.C. §§ 111(a)(1) and (b)<br>(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)<br>18 U.S.C. § 231(a)(3)<br>(Civil Disorder)<br>18 U.S.C. § 1752(a)(1) and (b)(1)(A)<br>(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(a)(2) and (b)(1)(A)<br>(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>18 U.S.C. § 1752(a)(4) and (b)(1)(A)<br>(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)<br>40 U.S.C. § 5104(e)(2)(F)<br>(Act of Physical Violence in the Capitol Grounds or Buildings) | 03/17/2021 | CJN |

Case: 1:21-cr-00268
Assigned to: Judge Nichols, Carl J.
Assign Date: 5/25/2022
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 21- cr-00268 (CJN)

**17 COUNTS**