**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :  CR. NO.  21-CR-268 (CJN) |
| **v.** | : |
| | : |
| **JEFFREY MCKELLOP,** | : |
| | : |
| **Defendant.** | : |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S PROPOSAL FOR ADJUDICATING PRIVILEGED**
**MATERIAL AND FOR A HEARING**

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully requests an extension of time to respond to defendant Jeffrey McKellop's Proposal for Adjudicating Privileged Material, ECF No. 87, filed on June 1, 2022. The government respectfully requests that this Court extend the response deadline of June 3, 2022, to June 8, 2022. The government further requests that the Court set a hearing on June 9, 2022, or June 10, 2022, to address that proposal and other matters as stated below.

In support of its request, the government submits that due to unforeseen circumstances, additional time is needed to respond to the defendant's June 1, 2022, submission. The government further requests a hearing on June 9, 2022, or June 10, 2022, to address the filter protocols, the fully briefed sealed matter, and trial readiness matters, including the arraignment of the defendant on the Second Superseding Indictment, ECF No. 86. The undersigned have conferred with counsel for the defendant, who does not oppose this Motion.

WHEREFORE, for the foregoing reasons, which constitute good cause, and any other reasons that this Court deems just and proper, the government requests that its deadline to respond to the Defendant's Proposal for Adjudicating Privileged Material be extended to June 8, 2022, and

that the Court set a hearing on June 9, 2022, or June 10, 2022.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:    */s/ Mary L. Dohrmann*
        MARY L. DOHRMANN
        Assistant United States Attorney
        N.Y. Bar Number 5443874
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7035
        Mary.Dohrmann@usdoj.gov

        */s/ Maria Y. Fedor*
        MARIA Y. FEDOR
        Attorney, detailed to the
        United States Attorney's Office for the
        District of Columbia
        D.C. Bar No. 985823
        601 D Street, N.W.
        Washington, DC 20530
        Maria.Fedor@usdoj.gov

        */s/ Emily A. Miller*
        EMILY A. MILLER
        Chief, Discovery Unit
        Capitol Siege Section
        D.C. Bar No. 462077
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-6988
        Emily.Miller2@usdoj.gov