UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-00268 (CJN) |
| v. | : | |
| | : | |
| JEFFREY McKELLOP, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF PROPOSED ORDER ESTABLISHING FILTER REVIEW PROTOCOL

As requested by the Court at the hearing on June 10, 2022, and consistent with the Court's oral ruling on that date, the government hereby submits its Proposed Order Establishing Filter Review Protocol. The Proposed Order was provided for review to counsel for the defendant, who objected to certain language and provisions therein. The parties have been unable to reach agreement on all terms of the Proposed Order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Mary L. Dohrmann*
MARY L. DOHRMANN
Assistant United States Attorney
N.Y. Bar Number 5443874
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov

 /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the


2

United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov

/s/ *Emily A. Miller*
EMILY A. MILLER
Chief, Discovery Unit
Capitol Siege Section
D.C. Bar No. 462077
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6988
Emily.Miller2@usdoj.gov