IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21cr268 |
| ) | Hon. Carl J. Nichols |
| JEFFREY McKELLOP, ) | |
| Defendant. ) | |

## MOTION TO RESCHEDULE STATUS CONFERENCE

Comes now Defendant Jeffrey McKellop, by counsel, and moves the Court to reschedule the Status Conference set for September 8, 2022 by Zoom at 3:00 pm.

Undersigned regrets having forgotten during the hearing on the 25th that he is scheduled on September 8th to be before the Hon. Trevor McFadden in the matter of United States v. Morss, DDC 21cr40. Undersigned shall be available at any time during the weeks of September 19th and the 26th. Undersigned has been unable to determine the government's availability.

Respectfully submitted,

JEFFREY McKELLOP
By Counsel
_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on July 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties
_____/s/_____
John C. Kiyonaga