UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY MCKELLOP,<br><br>　　　　*Defendant*. | Criminal Action No. 1:21-cr-00268 (CJN) |

### ORDER

This matter is before the Court on Defendant's Emergency Motion for Medical Treatment, ECF No. 106, and for Pretrial Release, ECF No. 107.  The Court held a hearing with all Parties, including McKellop and the United States Marshals Service, on August 4, 2022.  During the hearing, McKellop represented (based on specific facts) that he is in need of an external dental appointment.  The representative of the Marshal's service did not disagree that McKellop needs an external dental appointment, but did state that such an appointment is not scheduled until August 9.  The Court concludes that such an appointment should occur sooner, and accordingly, it is

**ORDERED** that Defendant's Emergency Motion for Medical Treatment, ECF No. 106, is **GRANTED**.  Mr. McKellop shall be transported to an external dental appointment no later than close of business tomorrow, August 5, 2022.  It is further

**ORDERED** that Defendant's Motion for Pretrial Release, ECF No. 107, is **DENIED** for the reasons stated in previous hearings in this matter and on the record at the August 4, 2022, conference.

　　　　**IT IS SO ORDERED.**

DATE:  August 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carl J. Nichols*
　　　　　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1