UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR. NO.   21-CR-268 (CJN) |
| v. | : | |
| | : | |
| JEFFREY MCKELLOP, | : | |
| | : | |
| Defendant. | : | |

MOTION FOR A MODIFICATION AND EXTENSION OF TIME FOR
DEFENDANT'S DENTAL TREATMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a modification and extension of time for defendant Jeffrey McKellop's dental treatment.   On August 3, 2022, defendant filed an Emergency Motion for Medical Treatment.   ECF No. 106.   On August 4, 2022, the Court held a hearing to address defendant's motion and ordered that the defendant receive external dental care no later than close of business on August 5, 2022.   ECF No. 108.   The government respectfully request that the Court extend the time for dental treatment to August 9, 2022 and allow for the defendant to receive in-house dental care.

In support of its request, the government submits that, according to information received from the U.S. Marshal Service ("USMS"), the defendant was seen by the dentist on August 2, 2022, and due to the inflammation of the tooth, it could not be extracted.   The defendant is receiving medication for inflammation and antibiotics for the infection, and the extraction cannot occur until the infection and inflammation are resolved.   Accordingly, the defendant was scheduled for an August 9, 2022 in-house dental extraction, which is the typical location of treatment for an inmate's tooth extraction.   USMS further reported that in light of this Court's

order for external dental care by close of business today, a local area hospital was contacted about treatment at an emergency room, but the hospital advised that if an infection is present, the patient would be referred to a dentist once the infection is cleared.

WHEREFORE, for the foregoing reasons, which constitute good cause, and any other reasons that this Court deems just and proper, the government requests that the deadline for defendant's dental treatment be extended to August 9, 2022 and the location of treatment be conducted in-house.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Mary L. Dohrmann*
        MARY L. DOHRMANN
        Assistant United States Attorney
        N.Y. Bar Number 5443874
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7035
        Mary.Dohrmann@usdoj.gov

        */s/ Maria Y. Fedor*
        MARIA Y. FEDOR
        Attorney, detailed to the
        United States Attorney's Office for the
        District of Columbia
        D.C. Bar No. 985823
        601 D Street, N.W.
        Washington, DC 20530
        Maria.Fedor@usdoj.gov

2