UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　v.<br><br>JEFFREY MCKELLOP,<br><br>　　　　*Defendant*. | Criminal Action No. 1:21-cr-00268 (CJN) |

**ORDER**

This matter is before the Court on the United States' Motion for a Modification and Extension of Time for Defendant's Dental Treatment, ECF No. 109. On August 4, 2022, based on the record before it at that time, the Court ordered that Defendant "McKellop shall be transported to an external dental appointment no later than close of business tomorrow, August 5, 2022." ECF No. 108, at 1. The government has since supplemented the record with information that McKellop is currently being treated for an infection, *see* ECF No. 109, at 1, and that dental personnel have concluded that no extraction of his tooth can take place until this infection is resolved. *See id.* That extraction is currently planned to take place in the D.C. Jail on August 9, 2022.

Accordingly, it is **ORDERED** that

The United States' Motion for a Modification and Extension of Time for Defendant's Dental Treatment, ECF No. 109, is **GRANTED**. The Court's previous order, ECF No. 108, is **MODIFIED** to provide that McKellop need not be transported to an external dental appointment by the end of business today, August 5, 2022. Rather, the D.C. Jail may comply with its current treatment plan. It is further **ORDERED** that

The D.C. Jail provide McKellop with a copy of this Order no later than 6:00 p.m. on August 5, 2022, and communicate to him his current treatment plan.

**IT IS SO ORDERED.**

DATE:  August 5, 2022

_____
CARL J. NICHOLS
United States District Judge