IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

_____

UNITED STATES,                              )
                                            )
                                            )
          v.                                )        Crim. No. 21cr268
                                            )        Hon. Carl J. Nichols
JEFFREY McKELLOP,                           )
          Defendant.                        )
_____)

### NOTICE OF TRIAL SCHEDULE CHANGE

Comes now Defendant Jeffrey McKellop, by counsel, and notifies the Court that the trials

of defendants represented by undersigned counsel previously scheduled for August 29 and

October 3, 2022, respectively, have been removed from their respective dockets consequent to

resolution by agreement.

Respectfully submitted,

JEFFREY McKELLOP
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the
Clerk of Court using the CM/ECF System, with consequent service on all parties

_____/s/_____
John C. Kiyonaga

1