UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00268 (CJN) |
| v. : | |
| : | |
| JEFFREY McKELLOP, : | |
| : | |
| Defendant. : | |

**NOTICE OF JOINT PROPOSED PRETRIAL ORDER**

As requested by the Court at the hearing on July 25, 2022, the parties hereby submit a joint proposed Pretrial Order in anticipating of the trial set to begin February 13, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Mary L. Dohrmann*
MARY L. DOHRMANN
Assistant United States Attorney
N.Y. Bar Number 5443874
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov

*/s/ Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
601 D Street, N.W.
Washington, DC 20530

Maria.Fedor@usdoj.gov

*Counsel for the United States of America*

/s/ *John Kiyonaga*
JOHN KIYONAGA

*Counsel for the Defendant*