IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21cr268 |
| ) | Hon. Carl J. Nichols |
| JEFFREY McKELLOP, ) | |
| Defendant. ) | |

## DEFENDANT'S EMERGENCY MOTION FOR RELIEF (SECOND)

Comes now Defendant Jeffrey McKellop, by counsel, and moves the Court for emergency relief.

Early last week, Defendant pointed out to guards at the D.C. Jail's Central Treatment Facility ("CTF") that they appeared to trying to stymie a team inspecting the facility by transferring inspection tags from fire extinguishers that had been inspected and found to be adequate, to other extinguishers that had not been inspected. Defendant further complained about being made to scrub floors in the facility. Defendant may have used colorful language in so doing, but at no time did he evince belligerent intent.

The CTF staff responded by removing Defendant from his pod two days later to "The Hole" where he has been kept in solitary confinement (23 hours a day alone in his cell). This gross overreaction by the CTF staff, of a piece with the abusive treatment regularly meted out to Defendant in that facility, constitutes a violation of Defendant's Eighth Amendment right not to suffer "cruel and unusual punishment" – particularly as he has yet to be convicted of anything.

Wherefore, Defendant respectfully requests this Court hale before it the Warden of CTF to answer for the conduct of his staff and to assure Defendant is removed forthwith from The

1

Hole if he has not been already.  Further, Defendant requests that the Court compel the presence at the hearing of fellow inmate Timothy Hale Cucinelli who observed the events related herein.

                    Respectfully submitted,

                    JEFFREY McKELLOP
                    By Counsel

                    _____/s/_____
                    John C. Kiyonaga

                    600 Cameron Street
                    Alexandria, Virginia 22314
                    Telephone: (703) 739-0009
                    Facsimile: (703) 340-1642
                    E-mail: john@johnckiyonagaa.com

                    Counsel for the Defendant

<u>Certificate of Electronic Service</u>

     I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                    _____/s/_____
                    John C. Kiyonaga