**From:** ▮▮▮
**To:** ▮▮▮
**Subject:** [EXTERNAL] Fw: JEFFREY McKELLOP DCDC#376-887 - HOUSING STATUS REVIEW COMPLETED
**Date:** Wednesday, October 19, 2022 4:46:39 PM
**Attachments:** image001.png

fyi

▮▮▮

Office of the Deputy Director of Operations
DC Department of Corrections
2000 14th Street NW 7th Floor
Washington DC 20009
▮▮▮

"Excellence is Transferrable"

www.doc.dc.gov

---

**From:** ▮▮▮ (DOC) ▮▮▮
**Sent:** Friday, October 14, 2022 9:52 AM
**To:** ▮▮▮ (DOC) ▮▮▮
**Cc:** ▮▮▮ (DOC) ▮▮▮ >; ▮▮▮ (DOC) ▮▮▮
**Subject:** JEFFREY McKELLOP DCDC#376-887 - HOUSING STATUS REVIEW COMPLETED

Good morning,

After review of Resident Jeffrey McKellop DCDC#376-887 Administrative review documentation (Green sheets) in crystal reports it was discovered that he was not scheduled for a new initial review once he was moved from C2B (Administrative -PC non-restrictive) to South One (Administrative Restrictive Housing). I believe this is the normal standard for Case Management when the resident is moving from one Administrative Unit to another. The last 2 Administrative review sheets only addresses his placement in C2B.

Resident Jeffrey McKellop DCDC#376-887 was removed from C2B unit due to his repeated aggressive behavior towards visitors, non-uniformed and uniformed staff when they enter the housing unit. His aggressive behavior has increased over the course of the last few months with him having unprovoked outburst and rants on the unit at times impeding the officers work performance by refusing to comply with mask mandates. Resident McKellop's attorney stated in a documented report "not knowing when he is going to go to trial has taken a huge toll on McKellop psychologically". His last outburst occurred during the ACA inspections. Resident McKellop DCDC#376-887 aggressively approached the ACA Auditors pointing his finger at them ranting about suing them for having him work on the unit. Staff had to step in between Resident McKellop

DCDC#376-887 and the Auditors out of caution. Due to these reasons and the understanding of residents abilities and historical actions it was determined that he poses an immediate threat to the Safety and orderly operation of the facility in an open communal status. He was then relocated to a more secure environment where direct one on one monitoring is provided for his personal safety and the safety of others. The plan is to move Resident McKellop DCDC3376-887 back to C2B in the communal status once it has been determined that his behavior has improved and he does not pose an immediate threat.

Since his relocation to SO1 there has been no disciplinary/ behavior issues reported. He is afforded 2 hours of out of cell activities (indoor and outdoor), phone, television and tablet

Sergeant Nathaniel Robinson conducted the escort from the Correctional Treatment Facility to the Central Detention Facility. The Body worn camera system was reviewed for footage which was not present for escort.

It has been recommended that anytime an inmate is removed from an Administrative non-restrictive status to a unit defined as Restrictive that a new initial review is conducted as the status has changed.

Regards,

██████████████, Program Analyst Supervisor
Office of the Deputy Director of Operations
D.C.Department of Corrections
██████████
1901 E. Street SE
Washington, D.C. 20003

" I think we all have empathy. We may not have enough courage to display it" – Maya Angelou

