PP 4030.1
Attachment C



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER:
#_____

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| McKinney J. | 376887 | C2F | 26/07 | [signature] |

### SELECT DEPARTMENT/SERVICES NEEDED

- ☐ Fire Safety/Sanitation/Risk Management
- ☐ Program and Activities
- ☐ Personal Hygiene
- ☐ Case Management Services
- ☐ Health Care
- ☐ Communications (mail, visits, telephone, legal)
- ☐ Food Service
- ☒ Property
- ☐ Sentence Computation, Jail Credit, Over Detention
- ☐ Finance
- ☐ Rules and Regulations
- ☐ Staff Treatment
- ☐ Religious Services
- ☒ Facilities Management
- ☐ Discrimination
- ☐ Transportation
- ☐ Safety and Security
- ☐ Other

Date you sent an inmate request slip or asked for assistance: _____ To whom? _____

**COMMENT/CONCERN**: Items missing from property, hamper, toothbrush, 2-lg bowls, 12 V fan, no durags was hamper, toothbrush, 3x socks, 3x shirts, t-shirt, 2x blk pen, coffee mug, laundry bag, 3x socks, 3x shirts, t-shirt, 2x blk pen, 1x shorts (gym), food, 4x honey buns, ramen (chicken x4, green), oil fish pk, tuna thai chi, peanut butter jar, jar mixed candy, (root beer butter scotch), reported items today seems missing, 1x external hard drive (legal), no inventory, no receipt for missing, food was performed before removal.

***FOR DOC COMPLETION*** Provide Response to the IGP Coordinator no later than _____

**DOC RESPONSE**: _____

☐ Resolved    ☐ Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME _____ SIGN _____ DATE _____
PRINT INMATE NAME _____ SIGN _____ DATE _____
INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE _____

Revised 3/2022

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

PP 4030.1
Attachment B

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

INMATE REQUEST SLIP

DATE: OCT-26-22

NAME: McKellop J   DCDC: 376887   UNIT: C2B   CELL: 21

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED OF

{ } RECORDS OFFICE
{ } CHAPLAINS OFFICE
{X} FINANCIAL ACCOUNT BALANCE
{X} INMATE PROPERTY
{ } FACE SHEET (UNAVAILABLE IF YOUR SENTENCE IS OVER 1 YEAR)
{X} OTHER

{X} CASE MANAGER
{ } INMATE CLOTHING
{ } LEGAL CALL
{ } NOTARY
{ } LAW LIBRARY

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW

Request: The reinstatution of my Black Tablet Funding (I can not receive funding on the Black Tablet) The full purchasing power to the commissary, I cannot purchase items of need. 1# All my laundry back from South 1. All my items removed from me upon arrival to South 1. I.E. AM/FM Radio, Head Phones, Shampoo, 6 AAA, 8 AA batteries, External Hard Drive, 4 Pks Green Oil Fish, 2x Honey Buns, 4x Chicken Ramen, Oatmeal Cookie 1 Pk, x2 Tooth Brushes, 1x Honey Nut Cereal (unopen) Called my attorney he instructed me to contact you. Looking forward to a swift resolution.

OFFICIAL/CASE MANAGER COMMENTS

Request sent

DATE: 11/1/22   STAFF SIGNATURE: _____

PP 4030.1
Attachment C



**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER:
# 20221028-909

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| McKeller T. | 370887 | C2B | 10/10/22 | [signed] |

**SELECT DEPARTMENT/SERVICES NEEDED**

- ○ Fire Safety/Sanitation/Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ✗ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone, legal)
- ○ Food Service
- ✗ Property
- ○ Sentence Computation, Jail Credit, Over Detention
- ○ Finance
- ○ Rules and Regulations
- ✗ Staff Treatment
- ○ Religious Services
- ✗ Facilities Management
- ✗ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

Date you sent an inmate request slip or asked for assistance: _____ To whom? _____

**COMMENT/CONCERN:** Where are my personals? Where is the hard drive? Where are the items from the commissary? Where are the materials w/ the detainee's? Why does CPL Aven turn her body cam on & start shit w/ the detainees? I was told Lt. Shumack or Sgt. Robinson would be here to explain. Help! Stupid! Due process violation physical & psychological abuse! 8th/13th Amendment violation! Help! 3rd request for my [?] retaliation!

***FOR DOC COMPLETION*** Provide Response to the IGP Coordinator no later than _____

**DOC RESPONSE:** Denied - See attached

☐ Resolved      ☐ Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME __Longhill__ SIGN _____ DATE 10-28-22
PRINT INMATE NAME _____ SIGN _____ DATE _____
INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE 10-28-22

Revised 3/2022

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

PP 4030.1
Attachment B

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS

### INMATE REQUEST SLIP

DATE 29 10 22      376887  C2B  21  #

NAME McKellop   DCDC_____ UNIT_____ CELL_____

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED OF

{ } RECORDS OFFICE
{ } CHAPLAINS OFFICE
{ } FINANCIAL ACCOUNT BALANCE
{ } INMATE PROPERTY
{ } FACE SHEET (UNAVAILABLE IF YOUR SENTENCE IS OVER 1 YEAR)
{ } OTHER

{X} CASE MANAGER
{ } INMATE CLOTHING
{ } LEGAL CALL
{ } NOTARY
{ } LAW LIBRARY

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW

I WANT MY THINGS BACK. YOU HAVE TAKEN MY COMMESSARY, HARD DRIVE 3 LEGAL PAPER WORK. NOT TO MENTION MY AM/FM RADIO. I WOULD LIKE MY COMMISSARY FULLY REINSTATED. ALSO MY BIG TABLET WILL NOT ALLOW FUNDING. YOU HAVE PROSECUTED ME WRONGFULLY & PUNISHED W/O EVIDENCE.

OFFICIAL/CASE MANAGER COMMENTS

Request sent

DATE: 11/1/22      STAFF SIGNATURE: McC___

PP 4030.1
Attachment B

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

INMATE REQUEST SLIP

DATE 3/10/22

NAME M. Kolley  DCDC 36887  UNIX CB  CELL 21

PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED OF

{ } RECORDS OFFICE
{ } CHAPLAINS OFFICE
{ } FINANCIAL ACCOUNT BALANCE
{X} INMATE PROPERTY
{ } FACE SHEET (UNAVAILABLE IF YOUR SENTENCE IS OVER 1 YEAR)
{X} OTHER

{X} CASE MANAGER
{X} INMATE CLOTHING
{X} LEGAL CALL
{ } NOTARY
{ } LAW LIBRARY

PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW

Hello, I want all my things returned to me Lt Brown & the rest of south I took them I wanted as you gave all my food to other inmates you gave my amfm, bowels food, clothes, external hard drive to the inmates. I want them back!

OFFICIAL/CASE MANAGER COMMENTS

Request sent

DATE: 11/8/22   STAFF SIGNATURE: McA

PP 4030.1
Attachment C



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

**TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR**
IGP NUMBER:
# 124

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| McKibbs J. | 378805 | S2S | 8/11/22 | |

### SELECT DEPARTMENT/SERVICES NEEDED

- [ ] Fire Safety/Sanitation/Risk Management
- [ ] Program and Activities
- [ ] Personal Hygiene
- [x] Case Management Services
- [ ] Health Care
- [ ] Communications (mail, visits, telephone, legal)
- [ ] Food Service
- [x] Property
- [x] Sentence Computation, Jail Credit, Over Detention
- [ ] Finance
- [x] Rules and Regulations
- [x] Staff Treatment
- [ ] Religious Services
- [x] Facilities Management
- [x] Discrimination
- [ ] Transportation
- [ ] Safety and Security
- [ ] Other

Date you sent an inmate request slip or asked for assistance: 8/10/22   To whom? YOU!

COMMENT/CONCERN: 8/10. FOURTH REQUEST. Officers Here in Them. I listed 3x prev. (USM?) Where's my shit? Wallet, ID and Belt, underwear, Clothing, food, electronics, discs, CDs, documentation, hard drive, laundry bar cap & gown. Isn't funny, what Marr. "We can't let them take us out of our professional square"

***FOR DOC COMPLETION*** Provide Response to the IGP Coordinator no later than _____

DOC RESPONSE: If this is your Professional Square? This place is seriously screwed. HEH, I need my things returned.

- [ ] Resolved        - [ ] Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME _____ SIGN _____ DATE _____
PRINT INMATE NAME _____ SIGN _____ DATE _____
INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE _____

Revised 3/2022

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

PP 4030.1
Attachment B

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS

### INMATE REQUEST SLIP

DATE: 11/1/22   376807   CDB 21

NAME: McKellop J   DCDC _____ UNIT _____ CELL _____

**PLEASE CHECK ( ) FOR THE SERVICES YOU ARE IN NEED OF**

{ } RECORDS OFFICE           (X) CASE MANAGER
{ } CHAPLAINS OFFICE          { } INMATE CLOTHING
{ } FINANCIAL ACCOUNT BALANCE { } LEGAL CALL
{ } INMATE PROPERTY           { } NOTARY
{ } FACE SHEET (UNAVAILABLE IF YOUR SENTENCE IS OVER 1 YEAR)   { } LAW LIBRARY
{ } OTHER

**PLEASE EXPLAIN THE NATURE OF YOUR REQUEST BELOW**

WHERE ARE MY THINGS? YOU STOLE & REDISTRIBUTED MY ITEMS TO INMATES. I WANT THEM BACK. YOU BROKE THE CHAIN OF CUSTODY. ASK D.T.C. WHERE IS IT?

OFFICIAL CASE MANAGER COMMENTS: Request sent

DATE: 11/8/22   STAFF SIGNATURE: McC__

PP 4030.1
Attachment D



| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR |
|---|---|
| **INMATE FORMAL GRIEVANCE FORM** | IGP NUMBER: _C-5_ # |

**STEP 2: FORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business days**.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| McKipp J | 378897 | CR5 | 07/11/22 | [signed] |

**SELECT DEPARTMENT/SERVICES NEEDED**

- ☐ Fire Safety/Sanitation/Risk Management
- ☐ Program and Activities
- ☐ Personal Hygiene
- ☒ Case Management Services
- ☐ Health Care
- ☐ Communications (mail, visits, telephone, legal)
- ☐ Food Service
- ☒ Property
- ☐ Sentence Computation, Jail Credit, Over Detention
- ☐ Finance
- ☒ Rules and Regulations
- ☐ Staff Treatment
- ☐ Religious Services
- ☒ Facilities Management
- ☒ Discrimination
- ☐ Transportation
- ☐ Safety and Security
- ☐ Other

**FOR INMATE:** Has this issue been resolved? ___Yes or ☒ No  Hell No! If no, check the "NO" box and place this form in the housing unit IGP box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** I'll post start filling these out in order - Hard drive food clothing bowels laundry bag documentation, magic mud electronics, batteries, shampoo (vas) all of it returned. You have stolen personal property, laughed while passing it out to inmates. I'm calling my attorney.

***FOR DOC COMPLETION*** Provide Response to the IGP Coordinator no later than _____

**DOC RESPONSE:** _____

Appeal  Yes ☐   No ☐

PRINT STAFF NAME _____ SIGN _____ DATE _____
PRINT INMATE NAME _____ SIGN _____ DATE _____
INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE _____

Revised 3/2022

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate