UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           CR. NO. 21-CR-268 (CJN)

v.

JEFFREY MCKELLOP,

      Defendant.

## CONSENT MOTION FOR A STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court set a virtual hearing on December 2, 2022, or December 5, 2022 after 11:00am, to address the matters as stated below.

As grounds for this motion, the United States sets forth as follows:

1. Trial in this matter is currently scheduled for February 14, 2023. The trial date was set on September 9, 2022. Pretrial motions (including motions *in limine*) are due on December 8, 2022.

2. Today, the Government learned that the Defendant may have a conflict with the above referenced trial date. Given the impending motions' deadlines, the parties are jointly requesting a status conference to determine adjustments, if any, to the scheduling order.

3. Defense counsel John Kiyonaga indicated that he consents to the motion.

WHEREFORE, the United States respectfully requests that the Court set a hearing on December 2, 2022, or December 5, 2022 after 11:00am.

      Respectfully submitted,

      MATTHEW GRAVES
      United States Attorney
      D.C. Bar No. 481052

Case 1:21-cr-00268-CJN   Document 130   Filed 12/01/22   Page 2 of 2

/s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov

*/s/ Shalin Nohria*
Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,
Cell No. 202-344-5763
shalin.nohria@usdoj.gov