# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-268 (CJN) |
| v. : | |
| : | |
| JEFFREY MCKELLOP, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace AUSA Mary Lyle Dohrmann as lead counsel on the case, and AUSA Dohrmann should be removed from the case.

Respectfully submitted,

DATED: December 13, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

Shalin Nohria
United States Attorney's Office
601 D Street NW
Suite Office 6.713
Washington, DC 20001
(202) 344-5763
Email: shalin.nohria@usdoj.gov