IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21cr268 |
| ) | Hon. Carl J. Nichols |
| JEFFREY McKELLOP, ) | |
| Defendant. ) | |

### ADDENDUM TO MOTION FOR CHANGE OF VENUE

Comes now Defendant Jeffrey McKellop, by counsel, and augments his Motion for Change of Venue (Doc 53).

The Wall Street Journal today reports that the government has to date secured convictions before this Court on 99.8% of all charges levied against January 6th defendants.[1]

Respectfully submitted,

JEFFREY McKELLOP
By Counsel
_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties
_____/s/_____
John C. Kiyonaga

---

[1] See, *Jan. 6 Rioters Are Convicted at a High Rate*, Aruna Viswanatha and Sadie Gurman, Wall Street Journal, Jan., 3, 2023, A6, attached.

1