IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr268 |
|  | ) Hon. Carl J. Nichols |
| JEFFREY McKELLOP, | ) |
|    Defendant. | ) |

## MOTION TO WITHDRAW

Comes now undersigned counsel for Defendant Jeffrey McKellop and moves the Court for leave to withdraw as counsel and to appoint replacement counsel under the Criminal Justice Act for the reason that undersigned is no longer able meaningfully to communicate with Defendant or, consequently, to collaborate with him in the ongoing preparation of his defense.

Undersigned requests the Court to docket an in person status conference as soon as reasonably practicable to address the scheduling ramifications of the requested relief.

Respectfully submitted,

JEFFREY McKELLOP
By Counsel
_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System.

_____/s/_____
John C. Kiyonaga