# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**JEFFREY MCKELLOP** )<br>)<br>)<br>**Defendant** )<br>) | Case No. 21-cr-00268-CJN |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jeffrey McKellop

Dated: February 2, 2023          Respectfully Submitted,

                                            /s/ William L. Shipley
                                            William L. Shipley, Jr., Esq.
                                            PO BOX 745
                                            Kailua, Hawaii 96734
                                            Tel: (808) 228-1341
                                            Email: 808Shipleylaw@gmail.com

                                            *Attorney for Defendant*