**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO.: 1:21-CR-268 |
| | § | |
| JEFFREY MCKELLOP | § | |

**JOINT ENTRY OF APPEARANCE OF COUNSEL**

Please be advised that we have been retained to represent Mr. McKellop in the above referenced matter. Please enter our names as Attorneys of Record and direct any future communication regarding this matter to our attention. Your assistance is greatly appreciated. Should you have any questions, or require any further information from us, please do not hesitate to contact our office.

We understand that it is our duty to continue to represent the above-named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this court, unless and until, after filed written motion, the undersigned are relieved by Order of the Court.

Dated:   February 2, 2023

| | |
|---|---|
| */s/ Phillip A. Linder* | */s/ James Lee Bright* |
| PHILLIP A. LINDER | JAMES LEE BRIGHT |
| ATTORNEY AT LAW | ATTORNEY AT LAW |
| STATE BAR NO.: 12363560 | STATE BAR NO.: 24001786 |
| 3300 OAK LAWN AVENUE, SUITE 700 | 3300 OAK LAWN AVENUE, SUITE 700 |
| DALLAS, TEXAS 75219 | DALLAS, TEXAS 75219 |
| OFFICE: 214-252-9900 | OFFICE: 214-720-7777 |
| Phillip@TheLinderFirm.com | JLBrightLaw@gmail.com |

**CERTIFICATE OF CONFERENCE**

Counsel conferred with Assistant United States Attorney, Shalin Nohria, earlier in January who indicated he would not oppose this Entry of Appearance of counsel.

 /s/ Phillip A. Linder
*ATTORNEY FOR DEFENDANT*
