# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      CR. NO. 21-CR-268 (CJN)

v.

**JEFFREY MCKELLOP,**

    **Defendant.**

## CONSENT MOTION FOR A STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court set an in-person hearing to address the matters as stated below.

As grounds for this motion, the United States sets forth as follows:

1. Defense counsels have indicated that the defendant wishes to waive his right to a jury trial in the above referenced matter. The Government requests an in person hearing at the earliest opportunity, subject to defense counsel's availability, to complete the jury trial waiver process as this decision will impact the ongoing discussion regarding available trial dates.

2. Defense counsels have indicated that they consent to the motion. Defense counsel has indicated he is available for an in person hearing on March 20-21, 2023.

WHEREFORE, the United States respectfully requests that the Court set an in-person hearing.

                                                                    Respectfully submitted,

                                                                    MATTHEW GRAVES  
                                                                    United States Attorney  
                                                                    D.C. Bar No. 481052

/s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

/s/ Brendan Ballou
DC Bar No. 241592
Special Counsel, detailed to the
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
Brendan.Ballou-Kelley@usdoj.gov

/s/ Shalin Nohria
United States Attorney's Office
601 D Street NW
Suite Office 6.713
Washington, DC 20001
(202) 344-5763
Shalin.Nohria@usdoj.gov