UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 21-CR-268 (CJN) |
| | : | |
| JEFFREY MCKELLOP, | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides this status update.

1. On April 3, 2023, the Court ordered that the Defendant be committed to the custody of the Attorney General for competency evaluation and restoration pursuant to 18 U.S.C. § 4241(d). The Court further ordered the United States to provide status updates to the Court every thirty days.

2. Undersigned counsel communicated with an Attorney Advisor at the Federal Bureau of Prisons and confirmed that the Defendant arrived at FMC Fort Worth on April 28, 2023. The competency evaluation period is scheduled to end on May 30, 2023. The competency evaluation report is scheduled to be completed by June 27, 2023.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Shalin Nohria*
Shalin Nohria
Assistant United States Attorney

D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,
202-344-5763
shalin.nohria@usdoj.gov