# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-268 (CJN) |
| v. : | |
| : | |
| JEFFREY MCKELLOP, : | |
| : | |
| Defendant. : | |

## JOINT MOTION REQUESTING STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Jeffrey McKellop, through counsel, respectfully request a status conference.

The defense counsel provided undersigned counsel for the government information that leads the government to believe that the upcoming trial date of December 11, 2023, is in jeopardy. Thus, a hearing is necessary. We respectfully request the Court schedule a status conference (via video conference for the convenience of defense counsel) at its earliest convenience.

Respectfully submitted,

DATED: November 6, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

1

2

Shalin Nohria
United States Attorney's Office
601 D Street NW
Suite Office 6.713
Washington, DC 20001
(202) 344-5763
Shalin.nohria@usdoj.gov

Brendan Ballou
DC Bar No. 241592
Special Counsel, detailed to the
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
brendan.ballou-kelley@usdoj.gov