UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:21-CR-268 (CJN) |
| | : | |
| JEFFREY MCKELLOP | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR STATUS CONFERENCE

The government respectfully requests a status conference in the above-captioned case.

On November 22, 2023, the Court held a status conference. At the status conference, the Court granted the defendant's request to terminate the representation of his then-current counsel. The Court indicated that it would appoint counsel for the defendant. The Court suspended the current trial deadlines and trial date. Based on the defendant's request for new counsel and the need for additional time to find new counsel for the defendant, the Court tolled time under the Speedy Trial Act until December 11, 2023, which was the start date of the now-continued trial.

On November 29, 2023, Michael E. Lawlor filed a notice of appearance for the defendant and on November 30, 2023, Adam C. Demetrious filed a notice of appearance for the defendant. ECF Nos. 165, 166.

On November 29, 2023, the government reached out to defense counsel to initiate the process of providing discovery to counsel.

The government now respectfully requests a status conference. At the status conference, the government proposes that the Court set a new trial date and hear the parties on tolling of time under the Speedy Trial Act.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 12, 2023 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | /s/ Ashley Akers<br>Ashley Akers<br>MO Bar No. 69601<br>Trial Attorney<br>601 D Street NW<br>Washington, DC 20001<br>(202) 353-0521<br>Ashley.Akers@usdoj.gov |
|  | Brendan Ballou<br>DC Bar No. 241592<br>Special Counsel<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202) 431-8493<br>brendan.ballou-kelley@usdoj.gov |
|  | Shalin Nohria<br>United States Attorney's Office<br>601 D Street NW<br>Suite Office 6.713<br>Washington, DC 20001<br>(202) 344-5763<br>Shalin.nohria@usdoj.gov |