IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-cr-268-CJN |
| JEFFREY MCKELLOP | * |
| | * |
| Defendant. | * |

## MOTION TO WITHDRAW AS COUNSEL

The Defendant, Jeffrey McKellop, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Withdraw as Counsel. In support of this Motion, counsel state as follows:

1. On November 29, 2023, attorney Michael E. Lawlor entered an appearance in this case as appointed counsel on behalf of Mr. McKellop. The next day, Mr. Lawlor's associate Adam C. Demetriou also entered an appearance.

2. At this time, Mr. McKellop has instructed the undersigned counsel to move to withdraw as counsel in this matter.

3. Additionally, a conflict of interest has arisen that prevents the undersigned counsel from continuing to represent Mr. McKellop in this matter.

4. The undersigned counsel respectfully request that this Court appoint new counsel to represent Mr. McKellop, who is indigent.

WHEREFORE, for the foregoing reasons, the undersigned counsel

1

respectfully request that this Court strike the appearances of Michael E. Lawlor and Adam C. Demetriou and appoint new counsel for Defendant Jeffrey McKellop.

                                Respectfully submitted,

                                /s/
                              _____
                              Michael E. Lawlor
                              Adam C. Demetriou
                              Brennan, McKenna & Lawlor, Chtd.
                              6305 Ivy Lane, Suite 700
                              Greenbelt, Maryland 20770
                              301.474.0044
                              mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

                                /s/
                              _____
                              Michael E. Lawlor