IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00268 |
| | ) | |
| JEFFREY MCKELLOP, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

**MOTION FOR PRO HAC VICE ADMISSION OF JOHN R. TEAKELL**

Pursuant to LCvR 83.2(c), Jesse R. Binnall, a member in good standing of the bar of this Court, respectfully moves for the admission of John R. Teakell to appear *pro hac vice* as counsel for Defendant Jeffrey McKellop in this matter. Mr. Teakell is familiar with this case and this Court's rules. He meets the requirements of LCvR 83.2(c), as explained in the attached declaration, and is admitted and is an active member in good standing of the Texas State Bar.

Dated: May 13, 2024                                                             Respectfully submitted,

/s/     *Jesse R. Binnall*
Jesse R. Binnall (VA022)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Jesse@binnall.com

## CERTIFICATE OF SERVICE

I certify that on May 13, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   *Jesse R. Binnall*
Jesse R. Binnall (VA022)