# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 1:21-CR-00268-CJN-1** |
| | § | |
| **JEFFREY McKELLOP (1)** | § | |

## DEFENDANT'S UNOPPOSED MOTION TO
## <u>EXTEND THE MOTIONS DEADLINE</u>

Comes now counsel for Defendant JEFFREY McKELLOP in this case and moves this Court to extend the current deadline to file motions, which is November 25, 2024, pursuant to the Court's Scheduling Order. [ECF 176]  In support thereof, the Defendant would show the Court the following:

### I.  CONTINUED NEGOTIATIONS

The parties have engaged, and continue to engage, in plea negotiations in the hope of disposing the case with a plea agreement and plea of guilty.  Currently, the government is to provide the undersigned with a new, current formal plea offer, which should be forthcoming soon.

### II.  PLEA OFFER

The undersigned counsel will have to discuss the new offer to the Defendant, including the consequences of the plea agreement.  Additionally, the undersigned counsel may need to continue negotiations regarding the terms of an agreement, depending on the provisions or concessions that exist or do not exist in the proposed plea agreement.

### III.  TIME FRAME

Given the fact that the motions deadline is November 25, 2024, if an agreement is not reached, or if an agreement appears to be forthcoming yet further details are still being negotiated, an extension of the deadline is in order.

The undersigned counsel does not want to add to the parties' or the Court's workload by filing motions that may not need to be filed if an agreement is finalized.

### IV.  U.S. ATTORNEY'S OFFICE DOES NOT OPPOSE

The U.S. Attorney's Office does not oppose this motion to extend the motions deadline for three (3) weeks.

Wherefore, the Defendant respectfully moves the Court to grant this motion extending the deadline to file motions, for the reasons stated herein.

Respectfully submitted,

/s/ *John Teakell*
John R. Teakell
Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
Tele:   (214) 523-9076
Fax:    (214) 523-9077

**CERTIFICATE OF CONFERENCE**

I, John Teakell, hereby certify that I have conferred with Assistant U.S. Attorney Ashley Akers, and she does not oppose this motion.

/s/ *John Teakell*
John Teakell

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing Defendant's Unopposed Motion to Extend the Motions Deadline has been served on November 14, 2024 on counsel of record via ECF.

/s/ *John Teakell*
John Teakell