Granting leave to file 12/5/2024

TRULINCS 35220509 - MCKELLOP, JEFFREY - Unit: FTW-J-A

---

FROM: 35220509
TO:
SUBJECT: Notice of Attorney Termination and Pro Se
DATE: 11/11/2024 08:25:46 AM

1:21-cr-00268-CJN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.
JEFFREY MCKELLOP

Case No. 1:12-CR-268

NOTICE OF ATTORNEY TERMINATION AND
INTENT TO PROCEED PRO SE

Defendant Jeffrey McKellop hereby notifies this Court that he has terminated his attorney due to irreconcilable differences. First, Defendant's counsel has repeatedly come up with excuses to refuse to provide discovery materials; most notably claiming that he cannot obtain a laptop with the appropriate software to view the videos in the discovery file, which is a lie. Second, counsel has failed to communicate for several months; only showing up once Defendant began to file pro se motions with the Court. Third, counsel has refused to even explore let alone build on the entrapment defense. Fourth, counsel continually only pressures Defendant to sign a plea deal not capped at five years. Fifth, counsel has outsourced review of the discovery evidence to unpaid volunteers not employed by his firm.

Based on the foregoing, Defendant Jeffrey McKellop now unequivocally intends to proceed pro se indefinitely. As such, this Court can no longer rely upon the anti-hybrid rule to ignore Defendant's prior motions, which Defendant renews herein.

Truthfully,

Jeffrey McKellop
Defendant, Pro Se

RECEIVED
Mail Room
NOV 18 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia