**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **NO. 1:21-CR-00268-CJN-1** |
| § | |
| **JEFFREY McKELLOP (1)** § | |

**DEFENDANT'S MOTION IN LIMINE**
**REGARDING EXTRANEOUS EVIDENCE**

Comes now counsel for Defendant JEFFREY McKELLOP in this case and moves this Court to preclude evidence of extrinsic offenses, other bad acts or alleged misconduct of the Defendant. In support thereof, the Defendant would show the Court the following:

Extrinsic evidence of other crimes, wrongs, acts is inherently prejudicial to the defendant. *United States v. Beechum,* 582 F.2d 898, 910 (5th Cir. 1978) (en banc). "One of the dangers inherent in the admission of extrinsic offense evidence is that the jury may convict the defendant not for the offense charged but for extrinsic evidence." *Id.* at 914. Additionally, extrinsic evidence "may lead [the jury] to conclude that, having committed a crime of the type charged, [the defendant] is likely to repeat it." *Id.* (quotation marks omitted). Either inference may be detrimental to the long-standing rule that propensity to commit crimes should not be the basis of a conviction.

Accordingly, the Defendant requests that the government not mention or refer to, directly or indirectly, in the presence of the jury any alleged extrinsic conduct offense or

other acts of misconduct without first obtaining a prior ruling of the admissibility thereof from the Court outside the presence and hearing of the jury.

          Respectfully submitted,

          /s/ *John Teakell*
          John R. Teakell
          Law Office of John R. Teakell
          2911 Turtle Creek Blvd.
          Suite 300
          Dallas, Texas 75219
          Tele:  (214) 523-9076
          Fax:  (214) 523-9077

## CERTIFICATE OF CONFERENCE

    I, John Teakell, hereby certify that I have conferred with Assistant U.S. Attorney Ashley Akers, and she stated that she will address this motion in writing.

          /s/ *John Teakell*
          John Teakell

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that true and correct copies of the foregoing omnibus motion in limine has been served on December 10, 2024 on counsel of record via electronic filing.

          /s/ *John Teakell*
          John Teakell