UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 1:21-CR-00268-CJN-1 |
| § | |
| JEFFREY McKELLOP (1) § | |

### DEFENDANT'S MOTION IN LIMINE AND BRIEF REGARDING STATEMENTS

COMES NOW the Defendant in the above entitled and numbered cause, JEFFREY McKELLOP, and moves the Court to instruct the attorney for the Government, before the beginning of trial, not to mention, elicit or allude to, and to instruct his witnesses not to mention or allude to any statements of the defendant in the presence of any juror, unless and until this Court shall order otherwise.

If the Defendant has allegedly made statements to government agents, or others, that the State intends to utilize in this or a related case, whether prior to being Mirandized or not, the Defendant requests notice of same and respectfully moves the Court to make such statements subject to this Order. Additionally, such statements may not be relevant. The defendant requests the Court order the State instruct its witnesses not to mention in front of the jury any statements alleged to have been made by the Defendant without first obtaining a ruling from the Court that such a statement is admissible. This motion is made to prevent witnesses from "blurting out" such statements without a prior ruling of the Court as to its admissibility.

Similarly, the Defendant moves this Court to instruct the State's attorney not to attempt to introduce or refer to impeachment material prior to obtaining a ruling from the Court.

WHEREFORE, PREMISES CONSIDERED, defendant respectfully requests that the government's attorney be instructed appropriately prior to the beginning of the trial.

Respectfully submitted,

/s/ *John Teakell*
JOHN TEAKELL
Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, TX  75219
Tele. (214) 523-9076
FAX (214) 523-9077
jteakell@teakelllaw.com

## CERTIFICATE OF CONFERENCE

I, John Teakell, hereby certify that I have conferred with Assistant U.S. Attorney Ashley Akers, and she stated that she will address this motion in writing.

/s/ *John Teakell*
John Teakell

## CERTIFICATE OF SERVICE

I, John Teakell, hereby certify that on the 10th day of December, 2024, a copy of the foregoing motion was served on the parties of record via ECF.

/s/ *John Teakell*
John Teakell