UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **NO. 1:21-CR-00268-CJN-1** |
| § | |
| **JEFFREY McKELLOP (1)** § | |

**DEFENDANT'S MOTION IN LIMINE**
**<u>REGARDING ALLEGED DANGEROUS PROPENSITIES</u>**

Comes now counsel for Defendant JEFFREY McKELLOP in this case and moves this Court to preclude evidence of alleged dangerous propensities of and by Defendant McKELLOP. In support thereof, the Defendant would show the Court the following:

I.

Extrinsic evidence of other crimes, wrongs, acts is inherently prejudicial to the defendant. *United States v. Beechum,* 582 F.2d 898, 910 (5th Cir. 1978) (en banc). "One of the dangers inherent in the admission of extrinsic offense evidence is that the jury may convict the defendant not for the offense charged but for extrinsic evidence." *Id.* at 914. Additionally, extrinsic evidence "may lead [the jury] to conclude that, having committed a crime of the type charged, [the defendant] is likely to repeat it." *Id.* (quotation marks omitted). Either inference may be detrimental to the long-standing rule that propensity to commit crimes should not be the basis of a conviction.

II.

On January 6, 2021, the activities that occurred at and near the U.S. Capitol revealed that some "groups," associations, clubs, or gangs, as these have been called,

2

were involved in the protests and activities. Such groups, e.g., "The Proud Boys," have been identified as a group that had members present, and such groups have been depicted as not only perpetuating chaos and violence, but also as groups that advocated an "insurrection."

### III.

McKELLOP is former military and a former contractor with a company who contracted for security and other military-related operations. On January 6, 2021, McKELLOP was wearing camouflaged fatigues, and was dressed in what some people would characterize as "military dress."

An FBI agent or agents testified regarding the issue of pre-trial detention that McKELLOP had the propensity to be dangerous, or effectively, similar words.

### IV.

In reality, McKELLOP served his country honorably in the military, he rose in rank and responsibilities while in the military, he further served by contracting to protect and assist other agency operations, and he has no criminal history.

Accordingly, the Defendant requests that the government not mention or refer to, directly or indirectly, in the presence of the jury any alleged propensity of violence or chaotic behavior by McKELLOP.

Respectfully submitted,

/s/ *John Teakell*
John R. Teakell
Law Office of John R. Teakell
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
Tele:   (214) 523-9076
Fax:    (214) 523-9077
jteakell@teakelllaw.com

## CERTIFICATE OF CONFERENCE

I, John Teakell, hereby certify that I have conferred with Assistant U.S. Attorney Ashley Akers, and she will address this motion in writing.

/s/ *John Teakell*
John Teakell

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing motion in limine regarding alleged dangerous propensities has been served on December 10, 2024 on counsel of record via electronic filing.

/s/ *John Teakell*
John Teakell