UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 21-CR-268 (CJN) |
| **JEFFREY MCKELLOP** | : |
| **Defendant.** | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 192, it is hereby ordered that the Motion to Dismiss the Second Superseding Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE CARL J. NICHOLS
United States District Court Judge