UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.              ) | Case No. 1:21-CR-268 (CJN) |
| ) | |
| JEFFREY MCKELLOP,       ) | |
| ) | |
| Defendant.   ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To:   The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in the above styled case as counsel for

**DEFENDANT JEFFREY MCKELLOP**.


Dated July 28, 2025                  Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar # FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify on the 28th day of JULY 2025, a copy of the foregoing was served upon all parties of record as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.