UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-CR-268 (CJN) |
| ) | |
| ) | |
| JEFFREY MCKELLOP, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration and review of the motion filed by the Defendant for transfer of the case's discovery that was previously delivered under the Protective Order, and for good cause shown, it is hereby ordered that is **GRANTED,** and it is further

**ORDERED** that Mr. McKellop's former defense counsels should transfer to his new defense counsel this case's discovery from their case files; and

**ORDERED** that the Government should take the measures necessary and available to search its files for this case and repopulate its USAfx data base with permissions necessary so that Mr. McKellop's present counsel may download the discovery materials.

**SO ORDERED** this __ day of_____, 2025

_____

HONORABLE CARL J. NICHOLS
United States District Court Judge